# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1251.  ETECHNOLOGIEN, INC. v. ROOPA ARUNDATHI GADIPUDI.**

Etechnologien, Inc. filed this direct appeal seeking review of the trial court's order granting Roopa Arundathi Gadipudi's motion to set aside a consent judgment. An order granting a motion to set aside leaves the case pending in the court below and therefore is not a final judgment. *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994).  Such non-final orders must be appealed by complying with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b). Id.  Etechnologien, Inc.'s failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/16/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*